| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HEYBURN II, JOHN G | 2. Court or Organization<br><br>U.S.D.C.KENTUCKY WESTERN | 3. Date of Report<br><br>5/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⊙ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>239 U.S. Courthouse<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Charitable Foundation - H |

RECEIVED 2004 MAY 26 A 11: 30 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 5/21/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  SBC Partners Ltd | A | Dividend | J | U | | | | | |
| 2.  HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 3.  Cash Equiv. Fd. | | | | | | | | | |
| 4.  Lord Abbett Af. Fd. | | | | | | | | | |
| 5.  Berkshire Hathaway-B | | | | | | | | | |
| 6.  Bristol Myers Squibb | | | | | | | | | |
| 7.  Chevron | | | | | | | | | |
| 8.  Cincinnati Fin. | | | | | | | | | |
| 9.  Exxon Mobil | | | | | | | | | |
| 10.  Hilliard Lyons Growth Fund | | | | | | | | | |
| 11.  MBIA | | | | | | | | | |
| 12.  Microsoft | | | | | | | | | |
| 13.  Zimmer Hldgs | | | | | | | | | |
| 14.  HILLIARD LYONS TRUSTEE (IRA) | D | Dividend | N | T | | | | | |
| 15.  Invest.Co.of Am. | | | | | | | | | |
| 16.  New Economy Fd. | | | | | | | | | |
| 17.  Smallcap Wld.Fd. | | | | | | | | | |
| 18.  OTHER INVESTMENTS | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Hilliards Cash Equiv.Fds. | B | Dividend | M | T | | | | | |
| 20. 3M Co. | | | | | gift | 5/1 | J | | |
| 21. 3M Co. | | | | | sale | 11/4 | J | A | |
| 22. Wyeth, formerly Amer. Home Prod. | C | Dividend | M | T | sale | 7/29 | J | A | (partial) |
| 23. Anheuser Busch | A | Dividend | L | T | sale | 1/14 | J | A | (partial) |
| 24. Altria | | | | | gift | 5/1 | J | | |
| 25. Altria | | | | | sale | 7/29 | J | A | |
| 26. Applied Materials | A | Dividend | | | sale | 4/22 | L | A | |
| 27. Berkshire Hathaway | A | Dividend | L | T | | | | | |
| 28. Boston Celtics | | None | | | sale | 4/22 | L | A | |
| 29. Bristol Myers Squibb | C | Dividend | N | T | | | | | |
| 30. Brown Forman Inc. | A | Dividend | K | T | | | | | |
| 31. Chevron Corp. | B | Dividend | L | T | | | | | |
| 32. Cincinnati Fin.Corp. | A | Dividend | L | T | | | | | |
| 33. Clorox Co. | A | Dividend | K | T | | | | | |
| 34. Colgate Palmolive | A | Dividend | L | T | sale | 11/6 | J | A | (partial) |
| 35. Walt Disney Co. | A | Dividend | K | T | sale | 4/22 | K | D | |
| 36. Exxon Mobil | B | Dividend | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. General Electric Co. | B | Dividend | M | T | sale | 4/22 | K | E | (partial) |
| 38. General Electric Co. | B | Dividend | M | T | sale | 7/29 | K | E | (partial) |
| 39. General Electric Co. | B | Dividend | M | T | sale | 11/4 | K | E | (partial) |
| 40. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 41. Home Depot Inc. | A | Dividend | M | T | | | | | |
| 42. IBM | A | Dividend | | | sale | 7/29 | J | A | |
| 43. Johnson and Johnson | A | Dividend | L | T | | | | | |
| 44. MBIA Inc. | A | Dividend | L | T | | | | | |
| 45. Merck and Co. | B | Dividend | L | T | | 11/4 | J | A | (partial) |
| 46. Microsoft | A | Dividend | M | T | | | | | |
| 47. Moodys | A | Dividend | K | T | | | | | |
| 48. Nike | A | Dividend | J | T | sale | 4/22 | J | A | |
| 49. Proctor & Gambill | B | Dividend | M | T | sale | 11/4 | K | E | (partial) |
| 50. RH Burnhey Inv. LLC | C | Dividend | N | T | | | | | |
| 51. Safeguard Scientifics | A | Dividend | J | T | sale | 7/29 | J | A | (partial) |
| 52. Sara Lee Corp. | A | Dividend | K | T | | | | | |
| 53. Solectron | A | Dividend | J | T | | | | | |
| 54. US Wireless Online, Inc. | | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Walgreens | | Dividend | K | T | Gifts | 5/1 | J | A | (partial) |
| 56. Walgreens | | Dividend | K | T | sale | 11/4 | J | A | (partial) |
| 57. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 58. TRUST - A | D | Dividend | N | T | | | | | |
| 59. PNC Mon.Mar.and Bond Fd. | | | | | | | | | |
| 60. Banc One | | | | | | | | | |
| 61. Gen.Elect. | | | | | | | | | |
| 62. National City | | | | | | | | | |
| 63. PNC Bank | | | | | | | | | |
| 64. SY Bank | | | | | | | | | |
| 65. PNC Bond Fd. | | | | | | | | | |
| 66. TRUST - S | D | Dividend | N | T | | | | | |
| 67. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 68. BP PLC ADR | | | | | | | | | |
| 69. Coca Cola Co | | | | | | | | | |
| 70. Gannett Co. | | | | | | | | | |
| 71. Glaxo Wellcome PLC | | | | | | | | | |
| 72. Johnson & Johnson | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Marsh & McLennan | | | | | | | | | |
| 74. National City Corp. | | | | | | | | | |
| 75. Proctor & Gamble | | | | | | | | | |
| 76. Schlumberger Ltd. | | | | | | | | | |
| 77. Verizon Communications | | | | | | | | | |
| 78. CHARITABLE FOUNDATION - H | C | Dividend | M | T | | | | | |
| 79. Hilliard Lyons Growth | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  ● = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 5/21/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████          Date  5/21/64

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544